

FILED-USDC-NDTX-DA
'23 DEC 8 PM 3:31

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | |
| v. | NO.  3:23-CR- |
| | |
| CHRISTOPHER GORDON READER | 3-23CR-496-K |

### INFORMATION

The United States Attorney charges:

At all times material to this Information:

### Count One
### Interstate Communications with Threats
### (Violation of 18 U.S.C. § 875(c))

On or about November 12, 2022, in the Northern District of Texas, Dallas Division, the defendant, **Christopher Gordon Reader**, knowingly transmitted in interstate and foreign commerce the email communication below containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat:

| Count | Target of Threat | Threatening Communication |
|:---:|---|---|
| 1 | Victim 1 and employees of Company A | "I wonder how you would handle a violent parolee with a gun in your building…would it be more concerning if an armed shooter was on the 7th or 12th floor?" |

All in violation of 18 U.S.C. § 875(c).

Information—Page 1

LEIGHA SIMONTON
UNITED STATES ATTORNEY


DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8604
Facsimile:    214-659-8802
douglas.brasher@usdoj.gov